AT&T SERVICES, INC.
J. SCOTT PAISLEY (CA SB# 9423 )
525 Market Street, Suite 2001
San Francisco, California 94105
Telephone: (415) 778-1213
Facsimile: (415) 882-4458
E-mail: jp2749@att.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
STEPHEN H. HARRIS (CA SB# 184608)
M'ALYSSA MECENAS (CA SB# 272075)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
E-mail: stephenharris@paulhastings.com
malyssamecenas@paulhastings.com

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DWYER,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM,<br><br>    Defendant. | CASE NO. C10-05780 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW EXHIBITS CONTAINING PERSONAL INFORMATION**<br><br>Hon. Maxine M. Chesney |

1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   PATRICK SHEA (NY SB# 4587176), *Pro Hac Vice*
2  75 E. 55th Street, First Floor
   New York, New York 10022
3  Telephone: (212) 318-6405
   Facsimile: (212) 752-2542
4  Email: patrickshea@paulhastings.com

5  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (CA SB #088666)
6  SUSAN T. KUMAGAI (CA SB #127667)
   REBECCA K. KIMURA (CA SB # 220420)
7  100 Spear Street, Suite 600
   San Francisco, California 94105
8  Telephone: (415) 357-4600
   Facsimile: (415) 357-4605
9  Email: glafayette@lkclaw.com
          skumagai@lkclaw.com
10         rkimura@lkclaw.com

11 Attorneys for Defendant

12 AT&T PENSION BENEFIT PLAN –
   NONBARGAINED PROGRAM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C. 10-05780 MMC

[PROPOSED] ORDER GRANTING DEFT'S
MOTION TO WITHDRAW EXHIBITS
CONTAINING PERSONAL INFORMATION

1    The Court having considered the Defendant's Motion to Withdraw
2    Defendant's Exhibits Containing Personal Information and good cause appearing
3    therefore, IT IS HEREBY ORDERED that the ~~Court will~~ Clerk shall withdraw the attachment
4    of Exhibits B through H to the Declaration of Christine Holland In Support of
5    Defendant's Motion to Dismiss, filed with the Court on February 17, 2011, that
6    contains Plaintiff's and others' personal information.  IT IS FURTHER ORDERED
7    that the Defendant is hereby granted leave to re-file a redacted attachment of
8    Exhibits B through H to the Holland Declaration, as in the form attached to
9    Defendant's Motion to Withdraw as Exhibit A.

DATED: March 2, 2011

_[signature: Maxine M. Chesney]_
HON. MAXINE M. CHESNEY
United States District Court
Northern District Of California