IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DWYER, | No. C-10-5780 MMC |
|     Plaintiff, | **ORDER VACATING APRIL 1, 2011 HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, | |
|     Defendant. | |

Before the Court is defendant's Motion to Dismiss for Failure to State a Claim, filed February 17, 2011. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and VACATES the hearing scheduled for April 1, 2011.

**IT IS SO ORDERED.**

Dated: March 30, 2011

MAXINE M. CHESNEY
United States District Judge