IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DWYER,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM,<br><br>  Defendant. | No. C-10-5780 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' Joint Case Management Statement, filed April 15, 2011.

In light of defendant's pending motion to dismiss, the Case Management Conference is hereby CONTINUED from April 22, 2011 to June 3, 2011. No further Case Management Statement is necessary.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
MAXINE M. CHESNEY
United States District Judge