IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM DWYER,

        Plaintiff,

  v.

AT & T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,

        Defendant.

No. C-10-5780 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the motion to dismiss is hereby GRANTED, and the complaint is hereby DISMISSED without prejudice.

Dated: April 22, 2011

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk